IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 24-cv-02917-MDB | Date: September 3, 2025 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| James Erb | Alexander Dorotik |
|    Plaintiff, | |
| v. | |
| Pueblo School District No. 60 et al | Zoe Verhoeven |
| | Mary Whalen |
|    Defendants. | |

### COURTROOM MINUTES

**MOTION HEARING**

**9:58 a.m.**   **Court in session.**

Court calls case. Appearances of counsel.

The parties supplement Defendants' *Second Motion to Dismiss for Failure to State a Claim* at ECF No. 32 (see also ECF No.'s 34 and 35) with additional arguments in support of their respective positions. For reasons put forth on the record, it is

**ORDERED**: The Motion at ECF No. 32 is **DENIED**.

**10:18 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time   00:20

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.